IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                   No. 4:05CR00100 GH

TODD DEON HOLMES                                                            DEFENDANT

## ORDER

The October 2nd motion (#45) for Lisa G. Peters to withdraw as counsel for defendant due to an actual or potential conflict is granted. Madison P. Aydelott, III, is hereby appointed as counsel for defendant. A sentencing date will be set once counsel has had an opportunity to visit with his client.

IT IS SO ORDERED this 5th day of October, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE