IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          No. 4:05CR00100 GH

TODD DEON HOLMES                                                                        DEFENDANT

### ORDER

Defendant's November 27th motion (#49) for continuance of the November 29th sentencing due to the recent appointment of his counsel, his counsel's recent receipt of information concerning defendant's health and basis for downward departure that needs to be discussed with defendant, and the difficulties his counsel has experienced in scheduling an appointment to see defendant at FCI Forrest City due to the holiday week and his need for a special diet precluding defendant's being brought up early prior to any hearing is hereby granted. The re-sentencing will be held at 1:00 p.m. on December 8, 2006.

IT IS SO ORDERED this 28th day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE