⚞AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

<u>EASTERN</u>   District of   <u>ARKANSAS</u>

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 16 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| TODD DEON HOLMES | Case Number: 4:05cr00100-01 JMM |
| | USM Number: 22817-009 |
| | Lisa Peters |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  <u>Std 2, 6 & 11 and Special</u>  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard 2 | Failure to submit monthly written report to the probation officer | 11/2008 |
| Standard 6 | Failure to notify the probation officer 10 days prior to any change of address | 11/19/2008 |
| Standard 11 | Failure to notify the probation officer within 72 hours of being arrested | 10/14/2008 |
| Special | Failure to pay court ordered restitution | 11/2008 |

The defendant is sentenced as provided in pages 2 through <u>  2  </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   ***-**-5734

Defendant's Date of Birth:   **/**/1969

Defendant's Residence Address:

<u>Redacted Pursuant to FRCrP 49.1</u>

Defendant's Mailing Address:

<u>Redacted Pursuant to FRCrP 49.1</u>

<u>January 16, 2009</u>
Date of Imposition of Judgment

/s/ James M. Moody
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

<u>January 16, 2009</u>
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:      TODD DEON HOLMES
CASE NUMBER:    4:05cr00100-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   **Twelve (12) months plus (1) day** to run concurrently to sentence imposed in 4:02cr00210-01 JMM

X  The court makes the following recommendations to the Bureau of Prisons:
   **The defendant shall serve his term of imprisonment at a facility to address his medical needs.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

                                          _____
                                          UNITED STATES MARSHAL

                              By _____
                                 DEPUTY UNITED STATES MARSHAL